

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:    01-14-00968-CV

Trial court case number:   2012-58724

Trial court:                     113th District Court of Harris County

     On January 23, 2015, appellees timely filed an objection to our order of January 21, 2015 referring the parties to mediation. We **GRANT** the objection and vacate our mediation order of January 21, 2015.

     It is so ORDERED.

Judge's signature:/s/ Harvey Brown
            ☑ Acting individually    ☐ Acting for the Court

Date: February 3, 2015